**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**,

**v.** **Case Nos. 3:23-cr-107-TKW-MAL**
**3:26-cv-4892-TKW-MAL**

**DEMARCUS DEON BOGGAN,**

**Defendant**.
___________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 66). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendant's §2255 motion is untimely. Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. Defendant's §2255 motion (Doc. 65) is DISMISSED as untimely.

3. A certificate of appealability is DENIED.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 11th day of September, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**